IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAD WALKER, LIQUIDATING TRUSTEE OF THE VANDERRA RESOURCES LLC LIQUIDATING TRUST, | § § § § § § | |
| Plaintiff, | § § | Civil Action No. 4:14-cv-201-O |
| v. | § § § | |
| D.R. WELLSITE RENTALS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES BANKRUPTCY JUDGE

The United States Bankruptcy Judge made a report and recommendation in this case that Defendant D.R. Wellsite Rentals, LLC's ("Defendant") Motion for Withdrawal of the Reference be granted. No objections were filed to the recommendation. Accordingly, the Court **ACCEPTS** the Bankruptcy Judge's recommendation regarding the Motion for Withdrawal of the Reference and the Motion for Withdrawal of the Reference is hereby **GRANTED**.

The Bankruptcy Judge's report and recommendation stated that the parties are ready for trial, but do not consent to the bankruptcy judge conducting the jury trial. It is **ORDERED** that the parties must submit a listing of proposed trial dates on or before **June 26, 2014**.

**SO ORDERED** on this **19th day** of **June, 2014**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE